In the Matter of SALVATORE BRUCATO, Petitioner, v. DON J. WICKHAM, as Commissioner of Agriculture and Markets, Respondent. In the Matter of MORRIS TESTA, Petitioner, v. DON J. WICKHAM, as Commissioner of Agriculture and Markets, Respondent.— GABRIELLI, J.

Gibson, P. J., Reynolds,
Auilisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.
In the Matter of the Claim of MIGUEL T. POVEDA, Appellant.
MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— AULISI, J.